IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MEDRAD, INC. | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 01-CV-01997-GLL |
| | ) | |
| TYCO HEALTHCARE GROUP LP, | ) | JUDGE GARY L. LANCASTER |
| MALLINCKRODT INC., | ) | |
| LIEBEL-FLARSHEIM CO., and | ) | |
| NEMOTO KYORINDO CO., LTD. | ) | |
| | ) | |
| Defendants. | ) | FILED ELECTRONICALLY |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Medrad, Inc. and Defendants Tyco Healthcare Group LP, Mallinckrodt Inc., Liebel-Flarsheim Co., and Nemoto Kyorindo Co., Ltd. hereby stipulate that the above-captioned action is dismissed with prejudice.

Dated February 11, 2008

/s/ Brian G. Arnold
Robert G. Krupka
Brian G. Arnold
Kirkland & Ellis LLP
777 S. Figueroa Street, 35th Floor
Los Angeles, CA 90017
Telephone: 213-680-6400
barnold@kirkland.com

J. Robert Chambers
Wood, Herron & Evans, LLP
2700 Carew Tower
441 Vine Street
Cincinnati, Ohio 45202
Telephone: 513-241-2324
bchambers@whepatent.com

Counsel for Defendants, Tyco Healthcare Group LP, Mallinckrodt Inc., and Liebel-Flarsheim Company

/s/ Frederick H. Colen
Frederick H. Colen
Barry J. Coyne
Kirsten R. Rydstrom
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, PA 15219-1886
Telephone: 412-288-3131
fcolen@reedsmith.com

Robert J. Walters
Sutherland, Asbill & Brennan LLP
1275 Pennsylvania Avenue, NW
Washington, DC 20004-2415
Telephone: 202-383-0712
robert.walters@sablaw.com

Arthur Wineburg
Akin, Gump, Strauss, Hauer & Feld LLP
1333 New Hampshire Avenue, N.W., Ste 400
Washington DC 20036-1564
Telephone: 202-887-4000
awineburg@akingump.com

K&E 12424906.

Gregory L. Bradley
Medrad, Inc.
One Medrad Drive
Indianola, PA 15051
Telephone: 412-767-2400

Counsel for Plaintiff Medrad, Inc.

/s/ J. Robert Chambers
J. Robert Chambers
Theodore R. Remaklus
P. Andrew Blatt
Wood, Herron & Evans, LLP
2700 Carew Tower
441 Vine Street
Cincinnati, Ohio 45202
Telephone: 513-241-2324
bchambers@whepatent.com
tremaklus@whepatent.com

Counsel for Defendant Nemoto Kyorindo Co., Ltd.

SO ORDERED, this 14th day of February, 2008.

Gary L. Lancaster, U.S. District Judge